FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN RAYA-GUTIERREZ, also known as Juan R. Gutierrez, also known as Juan G. Raya; MARIA ELENA RAYA AGUIRRE, also known as Maria Elena Raya, also known as Maria Aguirre, also known as Maria Raya; STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; CAPITAL ONE BANK (USA) NA; CAVALRY SPV I, LLC; ARMANDO RAYA; JUAN RAYA, JR.; ELIZABETH RAYA; and JUAN GEORGE RAYA,<br><br>Defendants. | NO: 1:16-CV-3198-RMP<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

BEFORE THE COURT is the United States' Application for Judgment and Decree of Foreclosure. ECF No. 27. The Defendants Juan Raya-Gutierrez and Maria Elena Raya-Aguirre Stanley stipulated to the entry of judgment, ECF No.

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT ~ 1

19-1, and on September 7, 2018, the Clerk of Court entered an order of default against Defendants State of Washington, Department of Social and Health Services; Capital One Bank (USA) N.A.; Cavalry SPV I, LLC; Juan Raya, Jr.; Elizabeth Raya; Juan George Raya; and Midland Funding, LLC. ECF No. 26.

Accordingly, having reviewed the record in this matter, **IT IS ORDERED, ADJUDGED**, and **DECREED** as follows:

1. Plaintiff is awarded judgment against Defendants Juan Raya-Gutierrez and Maria Elena Raya-Aguirre ("Defendants") in the amount of $180,710.58; plus interest to accrue at the rate of $17.0071 per day from and after September 18, 2018, to the date of judgment; plus interest from the date of judgment at the rate set forth in 28 U.S.C. § 1961.
2. The debt upon which this judgment is based is secured and perfected by the following:
    a. A mortgage recorded November 8, 2002, under Auditor's File No. 2002-043711, Official Records of Benton County, Washington.
    b. A mortgage recorded March 2, 2004, under Auditor's File No. 2004-006862, Official Records of Benton County, Washington.
    c. A mortgage recorded September 28, 2004, under Auditor's File No. 2004-034522, Official Records of Benton County, Washington.
    d. A mortgage recorded April 21, 2005, under Auditor's File No. 2005-012535, Official Records of Benton County, Washington.

1    e. A mortgage recorded April 12, 2006, under Auditor's File No. 2006-
2        011491, Official Records of Benton County, Washington.
3    f. A mortgage recorded May 14, 2007, under Auditor's File No. 2007-
4        015042, Official Records of Benton County, Washington.
5  3. The foregoing mortgages cover the following described real property
6     situated in Benton County, State of Washington, *see* ECF No. 11-1 at 7, 17,
7     28, 37, 56 and 75, with the following legal description:

> Sec 31, T9, R24, Lots 2 and 3, Short Plat No. 2661, as recorded under Auditor's File No. 2002-031467, Records of Benton County, Washington.
> Situated in Benton County, State of Washington
> Assessor's Parcel Numbers: 131944012661002 & 131944012661003

4. The real estate mortgages described in paragraph 2 above, which constitute first and prior liens upon the real property described above, are hereby foreclosed. Defendants and all persons claiming by, through or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said property, except for the statutory rights of redemption, if any, provided by law.

5. After the ten-day automatic stay of proceedings to enforce a judgment, Plaintiff may present a motion for an order of sale. *See* Fed. R. Civ. P. 62(a) & (f) (noting 14-day stay unless otherwise under state law for a judgment on a lien); Wash. CR 62(a) (Washington Superior Court Civil Rule providing

for ten-day stay); *see also* 18 Wash. Prac., Real Estate § 19.12 (2d ed.) (describing the enforcement process).

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this November 21, 2018.

                                            *s/ Rosanna Malouf Peterson*
                                            ROSANNA MALOUF PETERSON
                                              United States District Judge